UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

OLEG ZAPOLSKI, et al.,

                Plaintiffs,

-against-

FEDERAL REPUBLIC OF GERMANY, et al.,

                Defendants.
----------------------------------------------------------- X

**ORDER OF DISMISSAL**

09 Civ. 1503 (BMC) (LB)

By Order [12] dated December 28, 2009, this Court dismissed plaintiffs' complaint for lack of subject matter jurisdiction and failure to state a claim. The reasons for that Order were stated therein. The Court gave plaintiffs until January 22, 2010 to file an amended complaint. They have failed to do so. It is therefore

**ORDERED**, that this case is dismissed for lack of subject matter jurisdiction and failure to state a claim.

**SO ORDERED.**

/Signed by Judge Brian M. Cogan/

U.S.D.J.

Dated: Brooklyn, New York
       February _, 2010